IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSCAR ALLEN CORLEY, Individually and as Special Administrator of the Estate of CHARLES CORLEY, Deceased,<br><br>                      Plaintiff,<br><br>v.<br><br>SB DECKING, INC. f/k/a SELBY BATTERSBY & COMPANY, et al.<br><br>                      Defendants. | CIVIL ACTION<br><br>NO. 2:11-CV-57079-ER<br><br>Transferred from the Northern District of Ohio, Case No. 98-13197<br><br><u>ASBESTOS CASE</u> |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of defendant, SB Decking, Inc. f/k/a Selby Battersby & Company, in the above-captioned matter.

                                      GIBBONS P.C.

                              By:    s/Francis McGill Hadden
                                          Francis McGill Hadden (I.D. No. 41204)
                                          Joseph M. Cincotta (I.D. No. 31844)
                                          1700 Two Logan Square
                                          18th and Arch Streets
                                          Philadelphia, PA  19103
                                          215-665-0400
                                          *Attorneys for SB Decking, Inc. f/k/a Selby Battersby & Company*

#2038872 v1
106508-56175

#2038872 v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, and I hereby certify that I have thereby electronically served this document upon all counsel of record who are registered with the Court's CM/ECF system.

GIBBONS P.C.

By:   s/Francis McGill Hadden
      Francis McGill Hadden (I.D. No. 41204)
      Joseph M. Cincotta (I.D. No. 31844)
      1700 Two Logan Square
      18th and Arch Streets
      Philadelphia, PA  19103
      215-665-0400
      *Attorneys for SB Decking, Inc. f/k/a Selby Battersby & Company*