```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS       :   CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI)  :   MDL DOCKET No. 875
                               :
OSCAR ALLEN CORLEY,            :
Administrator of the Estate    :
Of Charles Corley, deceased    :
                               :
      Plaintiff,               :
                               :
      v.                       :
                               :
A-C PRODUCT LIABILITY          :
TRUST, ET AL.                  :
                               :   E.D. PA CIVIL ACTION NO.
      Defendants.              :   2:11-cv-57079-ER
```

**O R D E R**

**AND NOW,** this **3rd** day of **April, 2014,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) The Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 21) is **GRANTED;** and

(2) The Motion for a Continuance and to Amend (incorporated into ECF No. 26) is **DENIED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,   J.**